No. 588. NATIONAL LABOR RELATIONS BOARD ET AL. *v.* BRADFORD DYEING ASSOCIATION (U. S. A.) ET AL. January 15, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Jackson* and *Mr. Charles Fahy* for petitioners. *Messrs. Harry Parsons Cross* and *George Paul Slade* for Bradford Dyeing Assn., and *Mr. William G. Feely* for B. D. A. Employees Federation, respondents.

No. 563. DELAWARE RIVER JOINT TOLL BRIDGE COMMISSION *v.* COLBURN ET AL. January 15, 1940. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey granted. The Court directs the attention of counsel to the question of the jurisdiction of this Court. *Mr. Edward P. Stout* for petitioner. *Mr. Egbert Rosecrans* for respondents.

No. 141. MILLER *v.* UNITED STATES. October 9, 1939. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is granted. Motion for leave to proceed further *in forma pauperis,* and petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, denied. *William Roy Miller, pro se.* No appearance for the United States.

No. 86. REGER *v.* HUDSPETH, WARDEN. October 9, 1939. Petition for writ of certiorari to the Circuit Court